United States District Court
Southern District of Texas
**ENTERED**
November 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEWELL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00162 |
| | § | |
| LANETTE LINTHICUM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO RETAIN CASE AND DISMISS CERTAIN CLAIMS

On October 14, 2022, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation to Retain Case and Dismiss Certain Claims" (M&R, D.E. 11). The Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 11), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, for purposes of § 1915A and §1915(e)(2), the Court **RETAINS**:

(1) Plaintiff's Eighth Amendment deliberate indifference claims against Dr. Lanette Linthicum, Dr. Isaac Kwarteng, Jerry Sanchez, and Bobby Lumpkin in their individual and official capacities; and

(2) Plaintiff's Americans with Disabilities Act and Rehabilitation Act (ADA/RA) claims against Dr. Lanette Linthicum, Dr. Isaac Kwarteng, Jerry Sanchez, and Bobby Lumpkin in their official capacities.

The Court further **ORDERS** that:

(1) Plaintiff's § 1983 claims for money damages against Dr. Lanette Linthicum, Dr. Isaac Kwarteng, Jerry Sanchez, and Bobby Lumpkin in their official capacities are **DISMISSED** without prejudice as barred by the Eleventh Amendment;

(2) Plaintiff's ADA/RA claims against Dr. Lanette Linthicum, Dr. Isaac Kwarteng, Jerry Sanchez, and Bobby Lumpkin in their individual capacities are **DISMISSED** with prejudice as frivolous and/or for failure to state a claim for relief.

ORDERED on November 29, 2022.

                                                NELVA GONZALES RAMOS
                                                UNITED STATES DISTRICT JUDGE