Case 2:22-cv-00162   Document 74   Filed on 04/26/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEWELL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00162 |
| | § | |
| LANETTE LINTHICUM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On March 25, 2024, United States Magistrate Judge Julie K. Hampton issued her Memorandum and Recommendation (D.E. 71), recommending that the Court deny Plaintiff's motion to appeal *in forma pauperis* (IFP), D.E. 68. Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed. Rather, Plaintiff has filed only an additional application to appeal IFP, which does not address any part of the analysis of the memorandum and recommendation.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 71), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's Motion for Leave to Appeal IFP (D.E. 68) is **DENIED**.

**ORDERED** on April 26, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE